IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


STEVEN D. LISLE, JR.,


Plaintiff,


v.                                                             No. 14-1114-DRH


JOHNSON-JOHNSON PHARMACEUTICAL
COMPANY,


Defendant.


**ORDER**

**HERNDON, District Judge:**

     This matter comes before the Court for case management. On October 22, 2014, the Court denied at this time Lisle's motion to proceed in forma pauperis and his motion to appoint counsel and dismissed without prejudice Lisle's complaint (Doc. 6).  Further, the Court allowed Lisle up to and including November 24, 2014 to file an amended complaint.  Thereafter, the Court granted two motions for extension of time to amend the complaint (Docs. 12 & 14).  The last extension allowed Lisle up to and including April 8, 2015 to file the amended complaint.  As of this date, Lisle has not filed an amended complaint.  As there is not a valid complaint on file and Lisle has not sought another extension of time, the

Court **CLOSES** the file.

    **IT IS SO ORDERED.**

Signed this 13th day of April, 2015.

Digitally signed by David R. Herndon
Date: 2015.04.13 14:24:34 -05'00'

**United States District Court**